

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-19-00967-CR

Trial Court Cause
Number:     17-CR-3568

Style:     Brandon Rashard Ledford

**v** The State of Texas

Date motion filed[*]:     June 14, 2022

Type of motion:     Rehearing

Party filing motion:     appellant

Document to be filed:

Is appeal accelerated? ☐ YES     ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually     ☒ Acting for the Court

Panel consists of     Chief Justice Radack and Justices Landau and Countiss

Date: June 28, 2022